IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**CANAL INSURANCE COMPANY,**

      **Plaintiff,**

v.                                     **No. 2:19-cv-02030-JTF-dkv**
                                         **Jury Demanded**

**EAGLE WORLDWIDE TRANSPORTATION, LLC,**

      **Defendant,**

**JAMES BROWN,**

      **Intervening Plaintiff.**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Comes now the Plaintiff, Canal Insurance Company, and Intervening Plaintiff James Brown, by and through counsel, and stipulate to dismissal of the above-styled matter.  Specifically, Plaintiff Canal Insurance Company stipulates to dismissal of its Declaratory Judgment Complaint and Intervening Plaintiff, James Brown, stipulates to dismissal of his Intervening Complaint.  Both dismissals are with prejudice.  No discretionary costs will be applied for or awarded.

        Respectfully submitted,


By:    s/Jonathan D. Stewart
       BRADFORD D. BOX, BPR # 016596
       JONATHAN D. STEWART, BPR #023039
       Rainey, Kizer, Reviere & Bell, PLC
       *Attorneys for Plaintiff*
       209 E. Main Street
       P.O. Box 1147
       Jackson, TN  38302-1147
       (731) 423-2414

       s/Wesley Hiaw
       J. WESLEY HISAW, BPR # 024991
       *Attorney for James Brown*
       3010 Goodman Road West, Suite A
       P.O. Box 256
       Horn Lake, Mississippi 38637
       662-342-1333


## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing pleading or document was served upon Defendant Eagle Worldwide Transportation, LLC at 104 Notting Creek Cove, Eads, Tennessee, 38028-8008 through its registered agent, Mike Kattawar, Jr. This the 14th day of January, 2020.

                                    s/Jonathan D. Stwart