UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**CANAL INSURANCE CO.,**

    Plaintiff,

v.                                                          Case No. 2:19-cv-02030-JTF-dkv

**EAGLE WORLDWIDE TRANSPORTATION, LLC,**

    Defendant,

**JAMES BROWN,**

    Intervening Plaintiff.

# JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Joint Stipulation of Dismissal, filed by the Plaintiff and Intervening Plaintiff on January 14, 2020, and the Order of Dismissal with Prejudice, entered by this Court on January 15, 2020.

**APPROVED:**

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.                             THOMAS M. GOULD
UNITED STATES DISTRICT JUDGE            CLERK

January 15, 2020                                       s/Benjamin D. Hargrove
DATE                                                            (BY) LAW CLERK